

# Fourth Court of Appeals
## San Antonio, Texas

July 25, 2019

No. 04-19-00496-CV

**CALUMET SAN ANTONIO REFINING, LLC** and Calumet Specialty Products Partners, L.P.,
Appellants

v.

**TEXSTAR MIDSTREAM LOGISTICS, LP,**
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-10015
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

On July 22, 2019, appellants filed an Emergency Motion to Stay the trial court's Order Dissolving Temporary Injunction. On July 23, 2019, appellee filed a response to the emergency motion to stay, and on July 24, 2019, appellants filed a reply to appellee's response. Also on July 24, 2019, appellee filed a surreply to the emergency motion to stay.

We GRANT appellants' Emergency Motion to Stay the trial court's Order Dissolving Temporary Injunction in the underlying case, No. 2019-CI-10015 in the 288th Judicial District Court of Bexar County, pending our decision in appellants' interlocutory appeal, No. 04-19-00496-CV.

It is so **ORDERED** on this 25th day of July, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court